**In the Interest of J.E.J., Jr., A Minor.**

**No. ED 100907.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 14, 2014.

Karen Siegel, James B. Merlo, Guardian Ad Litem, St. Louis, MO, for appellant.

Christopher Brown, Des Peres, MO, Margaret Gangle–Casinger, (co-counsel), St. Louis, MO, for respondent.

Before ANGELA T. QUIGLESS, C.J., LISA S. VAN AMBURG, J. and GLORIA CLARK RENO, Sp. J.

ORDER

PER CURIAM.

J.E.J. appeals the judgment of the trial court terminating his parental rights as the biological father of the minor child J.E.J., Jr. We have reviewed the briefs of the parties, the legal file and the record on appeal. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).